**Order entered June 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00016-CV

### NANCY RANGEL, Appellant

### V.

### MCMACKIN-BEAM REVOCABLE TRUST, Appellee

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-13-05738-B

## ORDER

Before the Court are appellant's June 3, 2014 "Plea of reversal and ruling vacated" and "Motion to request for dismissal, vacate of trial court's ruling." In these motions, appellant seeks reversal of the trial court's judgment. To the extent appellant intends for either of these documents to be his appellate brief, neither complies with the briefing requirements. *See* TEX. R. APP. P. 38.1. Moreover, appellant's brief is not yet due because the reporter's record has not been filed. Therefore, the Court will take no action on these motions.

In an order dated April 28, 2014, the Court granted the motion of Lanetta Williams, Official Court Reporter for County Court at Law No. 2 of Dallas County, Texas, for an extension of time to file the reporter's record to May 29, 2014. As of today's date, the reporter's record has not been filed. Accordingly, we **ORDER** Lanetta Williams to file the reporter's record by

**JUNE 20, 2014**. Appellant's brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to the Honorable King Fifer, Presiding Judge of County Court at Law No. 2 of Dallas County, Texas, Lanetta Williams, appellant, and counsel for appellee.


/s/     ADA BROWN
        JUSTICE